**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7409

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS CARL HARRIS,

Defendant - Appellant.

No. 06-7410

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALFRED CALDWELL, a/k/a Big Al,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:92-cr-00113-01; 2:92-cr-00113-03)

Submitted: July 31, 2007          Decided: August 14, 2007

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Dennis Carl Harris, Alfred Caldwell, Appellants Pro Se.  Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Dennis Harris and Alfred Caldwell appeal the district court's orders denying their motions for modification of their sentences, filed pursuant to 18 U.S.C. § 3582(c)(2) (2000), and denying reconsideration of those orders. We have reviewed the record and find the district court did not abuse its discretion in denying the motions. Accordingly, although we grant Appellants' motions to proceed in forma pauperis, we affirm for the reasons stated by the district court. United States v. Harris, No. 2:92-cr-00113-01 (E.D. Va. May 19, 2006; July 31, 2006); United States v. Caldwell, No. 2:92-cr-00113-03 (E.D. Va. May 19, 2006; July 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 3 -